Nancy TAYLOR, Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 13–13294
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 5, 2014.

Christopher Jayson, Arthur Skafidas, Jayson Farthing Skafidas & Wright, P.A., Tampa, FL, for Plaintiff–Appellant.

Todd B. Grandy, Jennifer Waugh Corinis, U.S. Attorney's Office, Tampa, FL, for Defendant–Appellee.

Before TJOFLAT, WILSON and FAY, Circuit Judges.

PER CURIAM:

We conclude that the District Court, for the reasons stated in its June 19, 2013 order, correctly determined that it lacked jurisdiction to entertain this Federal Tort Claims Act case. Its judgment dismissing the case under Federal Rule of Civil Procedure 12(b)(1) is, accordingly,

AFFIRMED.